UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER H. MCDIVITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cv-02155-RCJ-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation (#2) of Magistrate Judge Peggy A. Leen, entered December 1, 2009.

The Court has conducted a review of the record in this case and, upon finding that no objections have been filed, determines that the Report and Recommendations (#2) of the United States Magistrate Judge entered December 1, 2009 should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report and Recommendation (#2) be **AFFIRMED and ADOPTED**.

IT IS FURTHER ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is **DENIED.**

IT IS FURTHER ORDERED that Plaintiff shall have 15 days from the entry of this order to pay the filing fee of $350.00. Failure to pay the filing fee within the time set will result in a dismissal of this action.

DATED: January 6, 2010

_____
Robert C. Jones
United States District Judge